**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

In Re: SHELLY ENGLAND LUCAS,
Appellant,

MICHELLE D. ADAMS,
Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY

No. 00-1301

(CIA); UNITED STATES
DEPARTMENT OF JUSTICE (DOJ);
WILLIAM CASEY, Estate of; ROBERT
GATES; JOHN DEUTCH; GEORGE
TENET; WILLIAM FRENCH SMITH,
Estate of; EDWIN MEESE; RICHARD
THORNBURGH; JANET RENO; I-XXX
DOES; UNITED STATES OF AMERICA,
Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
William L. Osteen, District Judge.
(CA-99-371-1)

Submitted: July 13, 2000

Decided: July 25, 2000

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

Shelly England Lucas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Shelly England Lucas appeals the district court's order dismissing a civil rights action filed by Michelle D. Adams for failure to show proof of service on the Defendants within the required time period. Lucas filed a notice of appeal, which the district court struck because Lucas is neither a party to the lawsuit nor an attorney admitted to practice law in the district court.

"It is well established that, `persons who are neither original parties to, nor interveners in, district court proceedings ordinarily may not appeal a judgment of the district court.'" Davis v. Scott, 176 F.3d 805, 807 (4th Cir. 1999) (quoting Kenny v. Quigg, 820 F.2d 665, 667 (4th Cir. 1987)). An exception exists, however, when the person "ha[s] an interest in the cause litigated and . . . [has] participated in the proceedings actively enough to make him privy to the record." Id. (citation omitted, brackets in original). Lucas is neither an original party nor an intervener in this lawsuit. Further, Lucas fails to show that he has an adequate interest in the cause litigated, particularly in light of the frivolous nature of this action. We therefore conclude that Lucas does not have standing to bring this appeal. Accordingly, we deny leave to proceed in forma pauperis, deny Lucas' motion for counsel, deny Lucas' motion for sanctions against the Defendants, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED

3